Case No.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2021

JEFFREY P. COLWELL
CLERK

CEDRIC GREENE,

Plaintiff,

v.

DENVER COUNTY COURT and RODEWAY INN/ OYO HOTEL,

Defendants.

---

PLAINTIFF'S MOTION FOR LEAVE TO FILE A *PRO SE* ACTION IN THE DISTRICT OF COLORADO
AND
REQUEST FOR JUDICIAL NOTICE

---

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

1

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO:**

**(1.)**

The Plaintiff (Greene) in the above matter is *pro se* with restrictions against his name in the District of Colorado.

On January 12, 2021, the Colorado Court of Appeals Denied Greene's bid to file a late notice of appeal.

Prior to the Court of Appeals order, the Colorado Supreme Court Denied Greene's bid to file a late Certiorari Petition on November 6, 2020.

The last order from the Supreme Court was issued on November 13, 2020, in which Denied Greene's bid to submit a reconsideration matter at a later date.

Under the written provisions of Federal Rules of Civil Procedure 7(b)(1) and the District of Colorado restrictions, Greene submits a motion for leave to file a *pro se action* in the District of Colorado.

The *pro se* submission is accompanied with a judicial notice request with the supplied information from the *pro se* Plaintiff.

Greene is asking the District Court to take judicial notice under Federal Rules of Evidence 201(c)(2).

2

---

### REASONS WHY THE DISTRICT COURT SHOULD GRANT GREENE'S *PRO SE* SUBMISSION
### AND
### JUDICIAL NOTICE REQUEST

---

#### (2.)

The judicial notice submission is the last order Greene obtained from the State Court. The Court of Appeals issued its dismissal without prejudice ruling and went against recalling the mandate it issued.

*"See Attached Order of January 12, 2021"*

As to the *proposed pro se submission* of Cedric Greene, the District of Colorado should Grant the filing for March 2020 reasons.

March 2020 was when Mr. Greene obtained a Judgment in County Court against *Rodeway Inn/ Oyo Hotel.* Greene's judgment obtained disturbance due to wrongful activities that occurred in County Court.

When Greene initiated a filing in Denver District Court in response to County Court's deliberate wrongful activities, representatives from *Rodeway Inn/Oyo Hotel* sought to ban and restrict Cedric Greene from litigating in the Colorado State Court's.

Representatives from the Hotel classified Greene as a *"serial litigant in Colorado that was not a resident of the state."*

The Hotel's representatives further appeared to be aware that the Denver District Court's Chief Judge was going to restrict Cedric Greene's filings before the restrictions became active.

To complicate matters even more for the *pro se* litigant is information he obtained from Denver District clerical officials on November 5, 2020.

They specifically gave verbal notification to Cedric Greene that *"they were not accepting Cedric Greene's filings rather jurisdiction existed or not."*

Prior to the Denver District Court restrictions and accusations from Hotel representatives, Mr. Greene obtained a County Court Judgment against *RODEWAY INN/OYO HOTEL.*

It was multiple violations committed by County Court that interfered with the JUDGMENT that Cedric Greene obtained.

Mr. Greene sought relief in the higher State Court jurisdictions but however, he was financially unable to comply with the first Denver District Court order regarding personal service under Rule 4.

An appeal was presented to the Colorado Court of Appeals, but was later *dismissed without prejudice* for lack of an appealable order.

The last state court order we obtained is attached, and is dated for January 12, 2021.

The Colorado Supreme Court's last order in the matter was issued on November 13, 2020. The order of that Court would not permit Greene the opportunity to submit a reconsideration matter at a later date.

That brings us to the Federal level in the state of Colorado.

We would be seeking to initiate a civil action that names *DENVER COUNTY COURT* for the constitutional violations it committed that permitted Hotel representatives to wrongfully appear in a case that was resolved in favor of Cedric Greene on March 2020.

We would also be seeking to initiate a civil case in Federal Court that names RODEWAY INN/OYO HOTEL, for civil claims that was resolved in favor of Cedric Greene on March 2020.

Many allege countless accusations against Cedric Greene that does not properly define who he is as a *pro se* litigant attempting to create a path for himself in the Court.

4

In this particular proposed case matter however, it has to make its way to the Federal level of this state in hopes that the case obtains approval to proceed.

It should proceed because the JUDGMENT that Cedric Greene obtained in March 2020 should stand.

Based on all of the above, we are presenting a legal request to the Federal Court in Colorado in efforts take action against the named defendants for claims that were blocked by the Denver State Court's.

Sent on this 28th day of January, 2021

By: Cedric Greene

E- Signature: *Cedric Greene*

**{EVIDENCE RULE ATTACHMENT}**

**(3.)**

| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: January 12, 2021 |
|---|---|
| Denver District Court<br>2020CV196 | |
| **Plaintiff-Appellant:**<br><br>Cedric Greene,<br><br>v.<br><br>**Defendants-Appellees:**<br><br>Denver County Court and Rodeway Inn/Oyo Hotel. | Court of Appeals Case Number:<br>2020CA1030 |
| ORDER OF THE COURT | |

To:  Appellant

After review of the motion for extension of time to file a notice of appeal, the Court DENIES the motion, the Court will not recall the mandate and the appeal remains dismissed.

BY THE COURT
Dailey, J.
Fox, J.
Grove, J.
